The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 08-08,
KENNETH J. HIRZ, CLERK OF COURT

BY: /s/ KIM PEEL
DEPUTY CLERK

Dated: 01:42 PM July 15, 2010

BK1005615
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CANTON

IN RE:

Paul Stavrianou
Jennifer Stavrianou

          Debtors

Case No. 10-61974

Chapter 7

Judge Kendig

**ORDER GRANTING MOTION OF U.S. BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY**
 **FOR RELIEF FROM STAY AND ABANDONMENT**
**1320 38TH STREET NORTHWEST, CANTON, OH 44709**

      This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, National Association successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company

("Movant"). (Docket **8**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 1320 38th Street Northwest Canton, OH 44709.

###

SUBMITTED BY:


/s/ Joel K Jensen
Joel K Jensen, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0029302
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3349
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Anthony J. DeGirolamo - Trustee
Courtyard Centre, #307
116 Cleveland Avenue, NW
Canton, OH 44702
ajdlaw@sbcglobal.net
VIA ELECTRONIC SERVICE

Christopher Dionisio, Esq. - Attorney for Debtors
4883 Dressler Rd NW
Canton, OH 44718
glantzlaw@neo.rr.com
VIA ELECTRONIC SERVICE

Joel K Jensen, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Paul Stavrianou - Debtor
114 18th, St. NW Apt ES
Canton, OH 44703
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Jennifer Stavrianou - Debtor
114 18th, St. NW Apt ES
Canton, OH 44703
ORDINARY U.S. MAIL, POSTAGE PRE-PAID